NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERMEC TECHNOLOGIES CORP.,**
*Plaintiff-Appellant,*

**v.**

**PALM, INC.,**
*Defendant-Appellee.*

---

2011-1296

---

Appeal from the United States District Court for the District of Delaware in No. 09-CV-0272, Judge Sue L. Robinson.

---

**JUDGMENT**

---

CARSON P. VEACH, Freeborn & Peters, LLP, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were DAVID S. BECKER and JACOB D. KOERING.

ROBERT T. HASLAM, Covington & Burling LLP, of Redwood Shores, California, argued for defendant-appellee. With him on the brief were MICHAEL M. MARKMAN and ROBERT WILLIAMS of San Francisco, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2012      /s/ Jan Horbaly
Date          Jan Horbaly
Clerk